Bonnie Lonardo, Esq.
Nevada State Bar No. 8548
Janice Jacovino, Esq.
Nevada State Bar No. 11612
LONARDO & JACOVINO, LLC.
7881 W. Charleston Blvd., Suite 160
Las Vegas, Nevada 89117
Telephone: (702) 998-1188
Facsimile: (702) 998-0689
Email: info@ljlawlv.com
*Attorneys for Debtors*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>EARL ALLEN WILSON JR. & DEANNA LEE WILSON,<br><br>    Debtors. | Case No. BKS-17-13035-BTB<br>Chapter 13<br>Trustee Rick A Yarnell<br>**NOTICE OF HEARING ON CONFIRMATION OF CHAPTER 13 PLAN**<br>HEARING DATE: 10/09/2018<br>HEARING TIME: 11:00 AM |

**NOTICE IS HEREBY GIVEN** that a hearing on confirmation of the plan will be held in the United States Bankruptcy Court on 10/09/2018 at 11 a.m.

**NOTICE IS FURTHER GIVEN** that Any objections to the plan shall be made in accordance with Fed. R. Bankr. P. 3015(f) and 9014, and Local Rule 9014. Any objections to confirmation of the plan must be filed and served prior to the confirmation hearing and if no timely objections are filed, the plan may be deemed to be filed in good faith.

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with this court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> The court may *refuse to allow you to speak* at the scheduled hearing; and
>
> The court may *rule against you* without formally calling the matter at the hearing.

Dated:  9/13/2018                    LONARDO & JACOVINO, LLC.

By:  /s/ Janice Jacovino, Esq.
     Janice Jacovino, Esq. 11612
     7881 W. Charleston Blvd., Suite 160
     Las Vegas, Nevada 89117
     (702) 998-1188
     *Attorney for Debtors*

## CERTIFACATE OF SERVICE

I herby certify that I am an employee of Lonardo & Jacovino, LLC. and that:

on 9/13/2018, I served the foregoing: **NOTICE OF HEARING ON CONFIRMATION OF CHAPTER 13 PLAN** by electronic means through the Court's ECF program.

To:

1. PRA Receivables Management, LLC.

2. Trustee: Rick Yarnall

on 9/13/2018, I served the foregoing: **NOTICE OF HEARING ON CONFIRMATION OF CHAPTER 13 PLAN,** on the following individuals by depositing true copies thereof in the United States mail at Las Vegas, Nevada, enclosed in a sealed envelope, with postage paid, addressed as follows:

**US TRUSTEE:**
300 Las Vegas Boulevard South, Suite 4300,
Las Vegas, NV 89101
*and attached Creditor Matrix:

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 13th day of September 2018.

                                    /s/ Clarissa Solis
                                    *Assistant with Lonardo & Jacovino, LLC*

Earl Allen Wilson,
Deanna Lee Wilson
5720 Heatherwood St.
Las Vegas, NV 89149

JANICE JACOVINO
Lonardo & Jacovino, LLC.
7881 W.Charleston Blvd. Suite 160
Las Vegas, NV 89117

Target
Acct No xxxxxxxxxxxx6648
PO Box 673
Minneapolis, MN 55440

21st Mortgage Corp
Acct No xx6691
620 Market St Ste 100
Knoxville, TN 37902

AES/PHEAA
Acct No xxxxxxxxx257O
Attn: Bankruptcy
1200 North 7th St
Harrisburg, PA 17102

Capital One
Acct No xxxxxxxxxxxx9226
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Capital One
Acct No xxxxxxxxxxxx3062
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Capital One
Acct No xxxxxxxxxxxx2198
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Capital One
Acct No xxxxxxxxxxxx1173
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Capital One
Acct No xxxxxxxx2560
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Cavalry Portfolio Services
Acct No xxxx0116
Attn: Bankruptcy Department
500 Summit Lake Ste 400
Valhalla, NY 10595

Chase Card Services
Acct No xxxxxxxxxxxx8562
Correspondence Dept
Po Box 15298
Wilmington, DE 19850

Chase Card Services
Acct No xxxxxxxx0048
Correspondence Dept
Po Box 15298
Wilmington, DE 19850

Citi.Com/ Citibank
Acct No xxxx-xxxx-xxxx-7770
P.O. BOX 9001037
Louisville, KY 40290-4000

Citibank/The Home Depot
Acct No xxxxxxxxxxxx1847
Attn: Recovery/Centralized Bankruptcy
Po Box 790034
St Louis, MO 63179

Citibank/The Home Depot
Acct No xxxxxxxxxxxx5403
Attn: Recovery/Centralized Bankruptcy
Po Box 790034
St Louis, MO 63179

Citicard
Acct No xxxxxxxxxxxx7000
General Correspondence
Po Box 6500
Sioux Falls, SD 57117

Citimortgage
Acct No xxxxxx7397
Attn: Centralized Bankruptcy
Po Box 9438
Gettsburg, MD 20898

Comenity Bank/Avenue
Acct No xxxxx2790
Attn: Bankruptcy Dept
Po Box 182125
Columbus, OH 43218

Credit First National Assoc
Acct No xxxxx8725
Attn: BK Credit Operations
Po Box 81315
Cleveland, OH 44181

Dillards Card Srvs/Wells Fargo Bank
Acct No xxxxxxxxxxxx0848
Attn: Bankruptcy
Po Box 10347
Des Moines, IA 50306

Discount Tire
Acct No xxx159X
PO Box 965036
Orlando, FL 32896

Ditech
Acct No xxxxxxxxx2626
Attn: Bankruptcy
Po Box 6172
Rapid City, SD 57709

Firestone
Acct No xxxxx8725
po Box 81083
Cleveland, OH 44181

First National Bank
Acct No xxxxxxxxxxx3270
Attn: Tina
1620 Dodge St Mailstop 4440
Omaha, NE 68197

First National Bank
Acct No xxxxxxxxxxx9143
Attn: Tina
1620 Dodge St Mailstop 4440
Omaha, NE 68197

FNB Omaha
Acct No xxxxxxxxxxx3270
PO Box 2557
Omaha, NE 68198

Juniper.com
Acct No xxxx-xxxx-xxxx-9500
PO Box 1337
Philadelphia, PA 19101

Kohls/Capital One
Acct No xxxxxxxxxxxx9698
Kohls Credit
Po Box 3120
Milwaukee, WI 53201

Merrick Bank/CardWorks
Acct No xxxxxxxxxxxx1052
Attn: Bankruptcy
Po Box 9201
Old Bethpage, NY 11804

Nmac
Acct No xxxxxxxxxxx0001
Attn: Bankruptcy
Po Box 660360
Dallas, TX 75266

Nmac
Acct No xxxxxxxxxxx0001
Attn: Bankruptcy
Po Box 660360
Dallas, TX 75266

Ocwen Loan Servicing, LLC
Acct No xxxxxx0716
3451 Hammond Ave
Waterloo, IA 50704

Patenaude & Felix APC
7271 W Charleston Blvd Suite 100
Las Vegas, NV 89117

PlusFour, Inc.
Acct No xxx9289
Po Box 95846
Las Vegas, NV 89193

PlusFour, Inc.
Acct No xxx6831
Po Box 95846
Las Vegas, NV 89193

Portfolio Recovery
Acct No xxxxxxxxxxxx1221
Po Box 41021
Norfolk, VA 23541

Portfolio Recovery
Acct No xxxxxxxxxxxx1173
Po Box 41021
Norfolk, VA 23541

Portfolio Recovery
Acct No xxxxxxxxxxxx1339
Po Box 41021
Norfolk, VA 23541

Portfolio Recovery
Acct No xxxxxxxxxxxx3617
Po Box 41021
Norfolk, VA 23541

Portfolio Recovery Associates, LLC
Acct No xxx889X
120 Corporate Blvd.
Norfolk, VA 23502

Sams Club
Acct No xxx599X
Attn: Bankruptcy
Po Box 965005
Orlando, FL 32896

Seventh Ave.
Acct No xxx102X
1112 7th Ave.
Monroe, WI 53566

Shellpoint Mortgage Servicing
Acct No xxxxx6099
Attn: Bankruptcy
Po Box 10826
Greenville, SC 29603

South West Medical
Acct No xxx928X
6345 S Pecos Rd. Suite 212
Las Vegas, NV 89120

Syncb/ccdstr
Acct No xxxxxxxxxxxx4516
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank
Acct No xxxxxxxxxxxx9520
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank
Acct No xxxxxxxxxxxx1847
Attn: Bankruptcy
120 Corporate Blvd Suite 100
Norfolk, VA 23502

Synchrony Bank/ \Lowes
Acct No xxxxxxxxxxxx1174
Attn: Bankruptcy
120 Corporate Blvd Suite 100
Norfolk, VA 23502

Synchrony Bank/ JC Penneys
Acct No xxxxxxxxxxxx5403
Po Box 965007
Orlando, FL 32896

Synchrony Bank/ JC Penneys
Acct No xxxxxxxxxxxx1339
Po Box 965007
Orlando, FL 32896

Synchrony Bank/ JC Penneys
Acct No xxxxxxx3391
Po Box 965007
Orlando, FL 32896

Synchrony Bank/Chevron
Acct No xxxxxxxxxxxx8976
Attn: Bankruptcy Dept
Po Box 965060
Orlando, FL 32896

Synchrony Bank/HH Gregg
Acct No xxxxxxxxxxxx7139
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Old Navy
Acct No xxxxxxxxxxxx1221
Po Box 965005
Orlando, FL 32896

Synchrony Bank/Old Navy
Acct No xxxxxxxxxxxx0943
Po Box 965005
Orlando, FL 32896

Synchrony Bank/Sams
Acct No xxxxxxxxxxxx3617
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Walmart
Acct No xxxxxxxxxxxx5351
Attn: Bankruptcy Dept
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Walmart
Acct No xxxxxxxxxxxx3039
Attn: Bankruptcy Dept
Po Box 965060
Orlando, FL 32896

Tnb-Visa (TV) / Target
Acct No xxxxxxxxxxxx4717
C/O Financial & Retail Services
Mailstop BV   PO Box 9475
Minneapolis, MN 55440

Us Bank
Acct No xxxxx8663
Pobox 5229
Cincinnati, OH 45201


US Bank/RMS CC
Acct No xxxxxxxxxxxx7150
Attn: Bankruptcy
Po Box 5229
Cincinnati, OH 45201

Walmart
PO Box 965024
Orlando, FL 32896