NVB 5075 (Rev. 12/15)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:

EARL ALLEN WILSON JR.

DEANNA LEE WILSON

Debtor(s)

BK–18–15223–abl
CHAPTER 13

NOTICE OF DOCKETING
ERROR

---

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | *16* – Notice of Hearing on Confirmation of Plan 1 Hearing Date: 10/9/2018 Hearing Time: 11am with Certificate of Service Filed by BONNIE LONARDO on behalf of DEANNA LEE WILSON, EARL ALLEN WILSON JR. (Related document(s)14 Chapter 13 Plan #1 filed by Debtor EARL ALLEN WILSON, Joint Debtor DEANNA LEE WILSON) (LONARDO, BONNIE) |
| Filed On: | 9/13/18 |
| With A Hearing Date Of: | 10/9/18 |
| And A Hearing Time Of: | 11:00 AM |

The reason(s) for the required correction(s) is as follows:

* Incorrect hearing time. Hearing will be set according to the caption on the Notice. Please file an amended Notice of Hearing immediately.
* The case number is incorrect on the PDF. Please file an amended pleading or file it in the correct case immediately.

Dated: 9/14/18

*Mary A Schott*

Mary A. Schott
Clerk of Court

**For additional information, please visit the court's web site at http://www.nvb.uscourts.gov**